IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA MEDINA RIOS, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-00884-ESC |
| vs. | § § § | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is Defendant's Unopposed Motion for Reversal and Remand [#17]. By her motion, the Commissioner of Social Security asks the Court to reverse the agency's final administrative decision and remand this case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Court will grant the motion.

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion for Reversal and Remand [#17] is **GRANTED**.

The Court will enter a separate final judgment remanding this case for further administrative proceedings.

SIGNED this 22nd day of February, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE