IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA MEDINA RIOS, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-00884-ESC |
| vs. | § § § | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

Before the Court is the above-styled cause of action. On this day, the Court granted Defendant's Unopposed Motion for Reversal and Remand. The Court now enters this final judgment.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the action herein is reversed and remanded to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will send this matter to an Administrative Law Judge (ALJ) and will instruct the ALJ to conduct an administrative hearing, further consider whether Plaintiff's residual functional capacity permits her to return to her past relevant work or perform other work at step five, and issue a new decision.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the instant case is hereby **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

SIGNED this 22nd day of February, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE