IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA MEDINA RIOS, | § § | |
| *Plaintiff,* | § § | SA-22-CV-0884-ESC |
| vs. | § § | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| *Defendant.* | § § | |

## SUPPLEMENTAL ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion to Amend Fee Order [#24]. By her motion, Plaintiff asks the Court to amend its prior order dated June 5, 2023, granting Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act. In that order, the Court awarded Plaintiff $4,256.39 in attorney's fees. The Court, however, inadvertently omitted the requested award of costs in the amount of $32.85. The Court will grant Plaintiff's motion to amend and issues this supplemental order awarding Plaintiff costs. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Fee Order [#24] is **GRANTED** as follows:

**IT IS HEREBY ORDERED** that, in addition to the Court's prior award of $4,256.39 in attorney's fees, Plaintiff is **AWARDED $32.85** in expenses, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), made payable to Plaintiff and mailed to Plaintiff's counsel at his address of record.

**IT IS SO ORDERED.**

SIGNED this 14th day of June, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1